| | |
|---|---|
| 1 | L. JULIUS M. TURMAN, State Bar No. 226126 |
| | ADELMISE R. WARNER, State Bar No. 215385 |
| 2 | PHILIP J. SMITH, State Bar No. 232462 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 4 | Tel:     415.442.1000 |
| | Fax:    415.442.1001 |
| 5 | jturman@morganlewis.com |
| | philip.smith@morganlewis.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | NATIONAL RAILROAD PASSENGER |
| | CORPORATION aka AMTRAK |
| 8 | |
| | Paul B. Justi (SBN124727) |
| 9 | LAW OFFICES OF PAUL B. JUSTI |
| | 1981 North Broadway, Suite 250 |
| 10 | Walnut Creek, CA 94596 |
| | T: 925.256.7900 |
| 11 | F: 925.256.9204 |
| | pbjusti@comcast.net |
| 12 | |
| | Thomas Duckworth |
| 13 | Duckworth Peters Lebowitz Olivier LLP |
| | 100 Bush Street, Suite 1800 |
| 14 | San Francisco, CA 94104 |
| | T:  415.433.0333 |
| 15 | F:  415.449.6556 |
| | tom@dplolaw.com |
| 16 | |
| | Attorneys for Plaintiffs |
| 17 | DERRELL WHITLEY ET AL. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRELL WHITLEY; ODIS TILLIS, JR.; STANLEY JACKS; WILLIS FRAZIER, III; MELVIN JONES; TAMIKA McGEE; ALESIA STYNER; ANDRE SMITH; MARK GREEN; ALFRED HENRY; and ALBERT HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK; and DOES 1-50, inclusive , <br><br>Defendant. | Case No. C 12-01781 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JUDICIAL REASSIGNMENT OF THIS CASE FOR ALL PURPOSES** |

1     Plaintiffs Derrell Whitley ("Whitley"), Odis Tillis Jr. ("Tillis"), Stanley Jacks ("Jacks"), Willis Frazier III ("Frazier"), Melvin Jones ("Jones"), Tamika McGee ("McGee"), Alesia Styner ("Styner"), Andre Smith ("Smith"), Mark Green ("Green"), Alfred Henry ("Henry"), and Albert Harris ("Harris") (collectively, "Plaintiffs") and Defendant National Railroad Passenger Corporation aka Amtrak ("Defendant" or "Amtrak") (and together with Plaintiffs, the "Parties") hereby stipulate, by and through their respective counsel, as follows:

    WHEREAS, the Parties attended the initial case management conference for this case on July 26, 2012 ("CMC");

    WHEREAS, at the CMC, the Court inquired whether the Parties were willing to stipulate to the reassignment of this case, for all purposes, to a Magistrate Judge jointly selected by the Parties;

    WHEREAS, the Court continued the case management conference for this case, until August 8, 2012, to allow the Parties to meet and confer regarding the selection of, and reassignment of this case to, a Magistrate Judge; and

    WHEREAS, the Parties have meet and conferred and jointly agreed to the reassignment of this case, for all purposes, to Magistrate Judge Jacqueline Scott Corley.

    THEREFORE, the Parties stipulate to the reassignment of this case, for all purposes, to Magistrate Judge Jacqueline Scott Corley.

    IT IS SO STIPULATED.

Dated: August 8, 2012     DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By  */s/ Thomas Duckworth*
THOMAS DUCKWORTH
Attorneys for Plaintiffs
DERRELL WHITLEY ET AL.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2     CASE NO. C 12-01781 SBA

DB2/ 23420864.1 STIPULATION AND PROPOSED ORDER REGARDING JUDICIAL REASSIGNMENT

| | | |
|---|---|---|
| 1 | Dated: August 8, 2012 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By  */s/ Philip J. Smith* |
| 4 | | L. JULIUS M. TURMAN<br>ADELMISE R. WARNER |
| 5 | | PHILIP J. SMITH<br>Attorneys for Defendant |
| 6 | | NATIONAL RAILROAD PASSENGER<br>CORPORATION aka AMTRAK |

### FILER'S ATTESTATION

I, Philip J. Smith, am the ECF user whose identification and password are being used to file Defendant National Railroad Passenger Corporation aka Amtrak's , as well as Plaintiffs Derrell Whitley's, Odis Tillis Jr.'s, Stanley Jacks', Willis Frazier III's, Melvin Jones', Tamika McGee's, Alesia Styner's, Andre Smith's, Mark Green's, Alfred Henry's and Albert Harris', Stipulation Regarding Judicial Reassignment.  In compliance with L.R. 5-1(i)(3), I hereby attest that Tom Duckworth concurs in this filing.

*/s/ Philip J. Smith*
Philip J. Smith
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION aka AMTRAK

**IT IS SO ORDERED.**

Dated:  8/8/12

*Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge