1  L. JULIUS M. TURMAN, State Bar No. 226126
   ADELMISE R. WARNER, State Bar No. 215385
2  PHILIP J. SMITH, State Bar No. 232462
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:     415.442.1000
   Fax:    415.442.1001
5  jturman@morganlewis.com
   philip.smith@morganlewis.com
6
   Attorneys for Defendant
7  NATIONAL RAILROAD PASSENGER
   CORPORATION aka AMTRAK
8
   Paul B. Justi (SBN124727)
9  LAW OFFICES OF PAUL B. JUSTI
   1981 North Broadway, Suite 250
10 Walnut Creek, CA 94596
   T: 925.256.7900
11 F: 925.256.9204
   pbjusti@comcast.net
12
   Thomas Duckworth
13 Duckworth Peters Lebowitz Olivier LLP
   100 Bush Street, Suite 1800
14 San Francisco, CA 94104
   T:  415.433.0333
15 F:  415.449.6556
   tom@dplolaw.com
16
   Attorneys for Plaintiffs
17 DERRELL WHITLEY ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRELL WHITLEY; ODIS TILLIS, JR.; STANLEY JACKS; WILLIS FRAZIER, III; MELVIN JONES; TAMIKA McGEE; ALESIA STYNER; ANDRE SMITH; MARK GREEN; ALFRED HENRY; and ALBERT HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK; and DOES 1-50, inclusive ,<br><br>Defendant. | Case No. C 12-01781 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JUDICIAL REASSIGNMENT OF THIS CASE FOR ALL PURPOSES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                                     CASE NO. C 12-01781 SBA
DB2/ 23420864.1 STIPULATION AND PROPOSED ORDER REGARDING JUDICIAL REASSIGNMENT

1  Plaintiffs Derrell Whitley ("Whitley"), Odis Tillis Jr. ("Tillis"), Stanley Jacks ("Jacks"),
2 Willis Frazier III ("Frazier"), Melvin Jones ("Jones"), Tamika McGee ("McGee"), Alesia Styner
3 ("Styner"), Andre Smith ("Smith"), Mark Green ("Green"), Alfred Henry ("Henry"), and Albert
4 Harris ("Harris") (collectively, "Plaintiffs") and Defendant National Railroad Passenger
5 Corporation aka Amtrak ("Defendant" or "Amtrak") (and together with Plaintiffs, the "Parties")
6 hereby stipulate, by and through their respective counsel, as follows:

7  WHEREAS, the Parties attended the initial case management conference for this case on
8 July 26, 2012 ("CMC");

9  WHEREAS, at the CMC, the Court inquired whether the Parties were willing to stipulate
10 to the reassignment of this case, for all purposes, to a Magistrate Judge jointly selected by the
11 Parties;

12  WHEREAS, the Court continued the case management conference for this case, until
13 August 8, 2012, to allow the Parties to meet and confer regarding the selection of, and
14 reassignment of this case to, a Magistrate Judge; and

15  WHEREAS, the Parties have meet and conferred and jointly agreed to the reassignment of
16 this case, for all purposes, to Magistrate Judge Jacqueline Scott Corley.

17  THEREFORE, the Parties stipulate to the reassignment of this case, for all purposes, to
18 Magistrate Judge Jacqueline Scott Corley.

19  IT IS SO STIPULATED.

20 Dated: August 8, 2012            DUCKWORTH PETERS LEBOWITZ
                                    OLIVIER LLP

23              By  /s/ Thomas Duckworth
                   THOMAS DUCKWORTH
                   Attorneys for Plaintiffs
                   DERRELL WHITLEY ET AL.

| | | |
|---|---|---|
| 1 | Dated: August 8, 2012 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By  */s/ Philip J. Smith* |
| 4 | | L. JULIUS M. TURMAN<br>ADELMISE R. WARNER |
| 5 | | PHILIP J. SMITH<br>Attorneys for Defendant |
| 6 | | NATIONAL RAILROAD PASSENGER<br>CORPORATION aka AMTRAK |

### FILER'S ATTESTATION

I, Philip J. Smith, am the ECF user whose identification and password are being used to file Defendant National Railroad Passenger Corporation aka Amtrak's , as well as Plaintiffs Derrell Whitley's, Odis Tillis Jr.'s, Stanley Jacks', Willis Frazier III's, Melvin Jones', Tamika McGee's, Alesia Styner's, Andre Smith's, Mark Green's, Alfred Henry's and Albert Harris', Stipulation Regarding Judicial Reassignment. In compliance with L.R. 5-1(i)(3), I hereby attest that Tom Duckworth concurs in this filing.

*/s/ Philip J. Smith*
Philip J. Smith
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION aka AMTRAK

**IT IS SO ORDERED.**

Dated: 8/8/12

*[signature: Saundra B. Armstrong]*
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23420864.1

3

STIPULATION AND PROPOSED ORDER REGARDING JUDICIAL REASSIGNMENT

CASE NO. C 12-01781 SBA