IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRELL WHITLEY, et al., | Case No. 12-01781-JSC |
| Plaintiffs, | **ORDER NO. 1 RE: DISCOVERY** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| WALTER ABRAM, | Case No. 12-02381-JSC |
| Plaintiff, | |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

Following the further telephone discovery hearing held on February 1, 2013, Defendant shall produce the following documents subject to an attorney's eyes only protective order:

1. An excel spreadsheet that includes the "communication" records for the employees in the "cost centers" or "sub units" where the plaintiffs worked for five years.
2. The ODI reports for the same employees for whom communication records are produced.
3. A spreadsheet that identifies the reported race or ethnicity, if reported, of the above employees.
4. The parties shall meet and confer on a means of correlating the above reports without using the names of the non-party employees.
5. The above documents shall be produced on or before February 22, 2013.
6. The Court will hold a status conference on March 21, 2013 at 1:30 p.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated:  February 4, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE