IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITLEY, DERRELL et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK; and DOES 1-50, inclusive,<br><br>       Defendants. | Case Nos.: 12-cv-1781 JSC<br>               12-cv-2381 JSC<br><br>**AMENDED CASE MANAGEMENT SCHEDULING ORDER** |

Following the Case Management Conference held on March 21, 2013, the case management schedule is reset as follows:

**I.     CASE MANAGEMENT DEADLINES**

| | |
|---|---|
| Participation in private mediation: | July 18, 2013 |
| Discovery Cut-Off: | September 6, 2013 |
| Hearing on Dispositive Motions: | October 17, 2013 |
| Defendants' Expert Witness Disclosures: | November 22, 2013 |
| Defendants' Expert Witness Depositions: | December 13, 2013 |
| Plaintiffs' Expert Witness Disclosures: | December 20, 2013 |

| | | |
|---|---|---|
| 1 | Plaintiffs' Expert Witness Depositions: | January 17, 2014 |
| 2 | Pretrial Conference: | February 20, 2014 |
| 3 | Trial Date: | March 10, 2014 |

The parties shall appear for a further Case Management Conference on September 5, 2013, at 1:30 p.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 21, 2013

_Jacqueline S. Corley_
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2