Thomas E. Duckworth (SBN 152369)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: Tom@dplolaw.com

Paul B. Justi (SBN124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
T: 925.256.7900
F: 925.256.9204
pbjusti@comcast.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

| | |
|---|---|
| DERRELL WHITLEY; ODIS TILLIS, JR.; STANLEY JACKS; WILLIS FRAZIER, III; MELVIN JONES; TAMIKA McGEE; ALESIA STYNER; ANDRE SMITH; MARK GREEN; ALFRED HENRY; and ALBERT HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK; and DOES 1-50, inclusive ,<br><br>Defendants. | Case No. CV-01781-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL** |

THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Tamika McGee, Odis Tillis, and Derrell Whitley stipulate and request that the above-captioned action, with regards to each of their claims alleged in the Complaint, filed with the San Francisco Superior Court on March 14, 2012 (Case No. RG12619909) and removed to this Court on April 12, 2012, against

Defendant National Railroad Passenger Corporation, dba Amtrak, be dismissed with prejudice entirely. Each party shall be responsible for bearing its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced lawsuit. No parties remain in this action.

Dated: August 18, 2014                    LAW OFFICES OF PAUL B. JUSTI

                                          By    /s/ Paul B. Justi
                                                Paul B. Justi
                                                Attorneys for Plaintiffs

Dated: August 18, 2014                    DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

                                          By    /s/ Thomas Duckworth
                                                Thomas Duckworth
                                                Attorneys for Plaintiffs

Dated: August 18, 2014                    Morgan, Lewis & Bockius LLP

                                          By    /s/ Katherine Dick
                                                Katherine Dick
                                                Attorneys for Defendant

## ORDER

GOOD CAUSE APPEARING, the present action is hereby dismissed with prejudice, each side to bear their own costs and attorneys' fees.

Dated: August 19, 2014                    By _Jacqueline S. Coly_____
                                          Jacqueline Corley Scott
                                          Magistrate Judge
                                          United States District Court for the
                                          Northern District of California